# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TCF INVENTORY FINANCE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 16-cv-08724 |
| | ) | |
| NORTH LILY AUTO SALES, LLC, | ) | |
| And DAVID L. TURNER, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

COMES NOW, Plaintiff TCF Inventory Finance, Inc. moves the Court for approval and entry of the Consent Judgment filed by with the stipulation and agreement of the Defendants North Lily Auto Sales, LLC and David L. Turner.

Respectfully submitted,

TCF INVENTORY FINANCE, INC.

By   /s/ William R. Bay
   William R. Bay (6181670)
   wbay@thompsoncoburn.com
   Brian W. Hockett (6281854)
   bhockett@thompsoncoburn.com
   Thompson Coburn LLP
   One US Bank Plaza
   St. Louis, MO 63101
   (314) 552-6000 / Fax: (314) 552-7000

   James L. Oakley (6280737)
   joakley@thompsoncoburn.com
   Thompson Coburn LLP
   55 East Monroe Street
   37th Floor
   Chicago, IL 60603
   (312) 346-7500 / Fax: (312) 580-2201

Attorneys for Plaintiff TCF INVENTORY FINANCE, INC

6468943.1